## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-vs-<br><br>JOHN C. JOHNSON<br><br>        Defendant, | )<br>)<br>)<br>)<br>) No. _07m -1345€_<br>)<br>)<br>)<br>) **Violation:  18 U.S.C. § 13, 7 (47<br>OSA 11-902.D)** |

### INFORMATION

The United States Attorney charges:

Offenses contained herein were committed within the special maritime and territorial jurisdiction of the United States of America, specifically the Fort Sill Military Reservation.

### Count 1

On or about August 23, 2007, in Comanche County, in the Western District of Oklahoma,

- - - - - - - - - - - - - - - - - **JOHN C. JOHNSON**- - - - - - - - - - - - - - - - -

the defendant herein, did operate a motor vehicle while under the influence of intoxicating liquor.   At approximately 3:00 a.m. MPs stopped a red Dodge Caravan, bearing license # JFX665 (OK) at Bentley Gate for a command directed gate check. Upon contact with the driver, later identified as the defendant, Officer Hill detected an odor of an alcoholic beverage about the defendant's person.  Officer Hill administered a Standard Field Sobriety Tests (SFST), which the defendant did not complete satisfactorily.  The defendant was transported to the Fort Sill Police Station, where he submitted to a breath test with a result of .16 Blood Alcohol Concentration.

All of said act are in violation of Title 18 U.S.C. §13, 7 (47 OS 11-902).

JOHN C. RICHTER
United States Attorney

TIM A. LIESMANN
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

STATE OF OKLAHOMA )

) SS

COUNTY OF COMANCHE )

## <u>VERIFICATION</u>

I, TIM A. LIESMANN, being first duly sworn, state that I have read and know the contents of the foregoing Information and, to the best of my knowledge and belief, the statements therein are true and correct.

_____
TIM A. LIESMANN

Special Assistant U.S. Attorney

**SUBSCRIBED AND SWORN** to before me this _____6th_____ day of __Sept.__, __07__

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE